```
                              X  FILED        RECEIVED
                                 ENTERED      SERVED ON
                              3/4/2025
                              CLERK, U.S. DISTRICT COURT
                              DISTRICT OF NEVADA
                              BY:    MAM    DEPUTY
```

1  SUE FAHAMI
   Acting United States Attorney
2  Nevada Bar Number 5634
   LAUREN M. IBANEZ
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: (702) 388-6336
5  Lauren.Ibanez@usdoj.gov
   *Attorneys for the United States*

6

7                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,          Case No. 2:25-cr-00004-JCM-BNW

9              Plaintiff,             **Motion to Unseal Case**

10      v.

11 KNOWLEDGE RODRIGUEZ, and
   DAVION ROBINSON,
12
               Defendants.
13

14

15        The United States of America, by and through its attorneys, Sue Fahami, Acting

16 United States Attorney, and Lauren M. Ibanez, Assistant United States Attorney, moves

17 for entry of the proposed Order unsealing the above-captioned case.

18        In support of its motion, the Government states:

19        1.    Defendant Rodriguez in the above captioned case had his Initial

20 Appearance/Arraignment and Plea on January 17, 2025, to which he pled not guilty and

21 was ordered released.

22        2.    Defendant Robinson has yet to make an Initial Appearance. However, the

23 government believes Robinson is aware of the Indictment and has avoided arrest.

24

3. The case was originally sealed to prevent the Defendants from learning about the case and possibly fleeing to avoid arrest.

4. Therefore, the government moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

DATED this 4th day of March, 2025.

        SUE FAHAMI
        Acting United States Attorney

        */s/ Lauren M. Ibanez*
        LAUREN M. IBANEZ
        Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00004-JCM-BNW |
| Plaintiff, | **Order Unsealing Case** |
| v. | |
| KNOWLEDGE RODRIGUEZ, and DAVION ROBINSON, | |
| Defendants. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Knowledge Rodriguez and Davion Robinson,* is unsealed in its entirety.

DATED this __7th__ day of March, 2025.

_____
HONORABLE BRENDA N. WEKSLER
United States Magistrate Judge

1