SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar Number 5634
LAUREN M. IBANEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Lauren.Ibanez@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KNOWLEDGE RODRIGUEZ,<br><br>DAVION ROBINSON, and<br><br>DESHANN HINES<br>   aka "Deshawn Hines,"<br><br>Defendants. | Case No.: 2:25-cr-0004-JCM-BNW<br><br>**SUPERSEDING<br>CRIMINAL INDICMENT**<br><br><u>VIOLATIONS:</u><br><br>18 U.S.C. §§ 922(o) and 924(a)(2) –<br>Unlawful Transfer or Possession of a Machinegun<br><br>18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D) – Engaging in the Business of Dealing or Manufacturing Firearms Without a License<br><br>18 U.S.C. §§ 933(a)(1) and 924(d)(1) – Trafficking in Firearms<br><br>18 U.S.C. §§ 922(o) and 924(a)(2) –<br>Unlawful Transfer or Possession of a Machinegun<br><br>21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(vi) – Conspiracy to Distributed a Controlled Substance (Fentanyl) |

1

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi) – Distribution of a Controlled Substance (Fentanyl)

18 U.S.C. §§ 922(o) and 924(a)(2) – Unlawful Transfer or Possession of a Machinegun (Aiding and Abetting)

18 U.S.C. § 2- Aiding and Abetting

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Unlawful Transfer or Possession of a Machinegun*

On or about May 10, 2024, in the State and Federal District of Nevada,

**DAVION ROBINSON,**

defendant herein, did knowingly possess and transfer a Glock 21 .45 caliber pistol, bearing serial number BGX062; and a Privately Made Firearm ("PMF") Polymer 80, model PF940SC 9x19 MM caliber with no serial number; each equipped with a Machinegun Conversion Device (MCD) used to modify a semi-automatic firearm to fire as a fully automatic weapon, enabling a firearm to shoot more than one shot without manual reloading, by a single function of the trigger, in violation of Title 18 United States Code, Sections 922(o) and 924(a)(2).

### COUNT TWO
*Unlawful Transfer or Possession of a Machinegun*

On or about June 12, 2024, in the State and Federal District of Nevada,

**DAVION ROBINSON,**

defendant herein, did knowingly possess and transfer a machinegun, to wit: machinegun conversion devices (MCD's) used to modify a semi-automatic firearm to fire fully automatic

weapons, enabling a firearm to shoot more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18 U.S.C. § 922(o) and 924(a)(2).

### COUNT THREE
*Engaging in the Business of Dealing or Manufacturing Firearms Without a License*

Beginning on or about August 15, 2024, and continuing up to and including on or about November 20, 2024, in the State and Federal District of Nevada,

**KNOWLEDGE RODRIGUEZ,**

defendant herein, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in, importing, and manufacturing firearms that is, the defendant sold firearms and machine gun conversion devices, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### COUNT FOUR
*Trafficking in Firearms*

Beginning on or about August 15, 2024, and continuing up to and including on or about November 20, 2024, in the State and Federal District of Nevada,

**KNOWLEDGE RODRIGUEZ,**

defendant herein, knowingly shipped, transported, transferred, caused to be transported, and otherwise disposed of firearms to another person, in or affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of said firearms by the recipient would constitute a felony, as defined in 18 U.S.C. § 932(a), all in violation of Title 18, United States Code, Sections 933(a)(1) and 924(d)(1).

## COUNT FIVE
*Unlawful Transfer or Possession of a Machinegun*

On or about August 22, 2024, in the State and Federal District of Nevada,

**KNOWLEDGE RODRIGUEZ,**

defendant herein, did knowingly possess and transfer a machinegun, to wit: machinegun conversion devices (MCD's) used to modify a semi-automatic firearm to fire fully automatic weapons, enabling a firearm to shoot more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18 U.S.C. § 922(o) and 924(a)(2).

## COUNT SIX
*Conspiracy to Distribute a Controlled Substance (Fentanyl)*

Beginning from a time unknown and continuing up to and including on or about October 30, 2024, in the State and Federal District of Nevada,

**KNOWLEDGE RODRIGUEZ and
DESHANN HINES
aka "Deshawn Hines,"**

defendants herein and others known and unknown, knowingly combined, conspired, confederated, and agreed with each other to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(vi).

## COUNT SEVEN
*Distribution of a Controlled Substance (Fentanyl)*

On or about August 29, 2024, in the State and Federal District of Nevada,

**KNOWLEDGE RODRIGUEZ,**

defendant herein, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

propenamide (fentanyl), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

### COUNT EIGHT
*Distribution of a Controlled Substance (Fentanyl)*

On or about September 6, 2024, in the State and Federal District of Nevada,

**KNOWLEDGE RODRIGUEZ,**

defendant herein, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

### COUNT NINE
*Distribution of a Controlled Substance (Fentanyl)*

On or about October 14, 2024, in the State and Federal District of Nevada,

**KNOWLEDGE RODRIGUEZ,**

defendant herein, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

### COUNT TEN
*Distribution of a Controlled Substance (Fentanyl)*

On or about October 18, 2024, in the State and Federal District of Nevada,

**KNOWLEDGE RODRIGUEZ and**
**DESHANN HINES**
**aka "Deshawn Hines,"**

defendants herein, aiding and abetting one another, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi) and Title 18, United States Code, Section 2.

## COUNT ELEVEN
*Distribution of a Controlled Substance (Fentanyl)*

On or about October 30, 2024, in the State and Federal District of Nevada,

**KNOWLEDGE RODRIGUEZ and
DESHANN HINES
aka "Deshawn Hines,"**

defendants herein, aiding and abetting one another, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi) and Title 18, United States Code, Section 2.

## COUNT TWELVE
*Unlawful Transfer or Possession of a Machinegun*

On or about November 20, 2024, in the State and Federal District of Nevada,

**KNOWLEDGE RODRIGUEZ
DAVION ROBINSON,**

defendants herein, aiding and abetting one another, did knowingly possess and transfer a Glock 20 Gen5 10MM pistol, bearing serial number AKHS978GA, equipped with a Machinegun Conversion Device (MCD) used to modify a semi-automatic firearm to fire as a fully automatic weapon, enabling a firearm to shoot more than one shot without manual reloading, by a single

function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2) and Title 18, United States Code, Section 2.

DATED: this 18th day of March, 2025.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

SUE FAHAMI
Acting United States Attorney

LAUREN M. IBANEZ
Assistant United States Attorney