# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KNOWLEDGE RODRIGUEZ,<br><br>        Defendant. | Case No. 2:25-cr-00004-JCM-BNW-1<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Stipulation to Continue Revocation (ECF No. 67) is GRANTED.

IT IS FURTHER ORDERED that the revocation of pretrial release hearing currently scheduled for July 30, 2025 at 3:00 p.m., be vacated and continued to August 19, 2025 at the hour of 1:00 p.m. in Courtroom 3D.

DATED this 25th day of July 2025.

_____
UNITED STATES MAGISTRATE JUDGE